905 F.2d 1531
 Unpublished Disposition
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
James Willie SMITH, Petitioner-Appellant,
v.
Talmadge BARNETT; Attorney General of the State of North
Carolina, Respondents-Appellees.
 No. 90-6549.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 7, 1990.
Decided May 18, 1990.
Rehearing and Rehearing In Banc Denied June 4, 1990.
 
 Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Norwood Carlton Tilley, Jr., District Judge. (C/A No. 89-328-C-D)
 James Willie Smith, appellant pro se.
 Richard Norwood League, Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, N.C., for appellees.
 M.D.N.C.
 DISMISSED.
 Before ERVIN, Chief Judge, and CHAPMAN and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 James Willie Smith seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion accepting the recommendation of the magistrate discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Leave to appeal in forma pauperis is denied. Smith v. Barnett, CA-89-328-C-D (M.D.N.C. Mar. 9, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. The motion for appointment of counsel is denied.
 
 
 2
 DISMISSED.